1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9          NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

10

11   KENNY K. MA, an individual; MGF          )   **Case No. C09-03696 SC**
     ENTERPRISES, INC., a California           )
12   Corporation,                              )   **ORDER RE CASE STATUS UPDATE**
                                               )   **AND STIPULATION TO EXTEND**
13                      Plaintiff,             )   **CONOCOPHILLIPS COMPANY'S**
                                               )   **TIME TO RESPOND TO THE**
14          vs.                                )   **COMPLAINT AND CONTINUE THE**
                                               )   **CASE MANAGEMENT CONFERENCE**
15   CONOCOPHILLIPS COMPANY, a Texas           )
     corporation and DOES 1 through 10,        )
16   Inclusive,                                )
                                               )
17                      Defendants.            )
                                               )
18   _____       )

19          FOR GOOD CAUSE SHOWN, THE COURT ORDERS that ConocoPhillips Company's

20   ("COP") time to respond to the complaint be extended 90 days.  Should Judge Whyte not rule on

21   COP's "Second Administrative Motion to Consider Whether Cases Should Be Related" within

22   90 days, COP will report further to the Court so that it may revisit whether a further extension

23   would be appropriate.  The Initial Case Management Conference is continued until

24   April 16, 2010      .

25   / / /

26   / / /

27   / / /

28   / / /

- 1 -

1        For avoidance of doubt, nothing herein shall prevent Plaintiffs' ability to seek a

2   temporary restraining order or preliminary injunction before COP has responded to the

3   complaint, or file motions to remand to state court.

4

5   Dated: November __4__, 2009

6                                                    District ⊂

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

ORDER RE STIPULATION TO EXTEND COP'S TIME TO RESPOND TO THE COMPLAINT